**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
  Plaintiff,

vs                   CASE NO: 3:05cr40-001/LAC

WAYNE ROBERT BANKS,
  Defendant.
_____/

**ORDER REDUCING SENTENCE**

  Defendant's sentence of confinement is hereby reduced on Counts 1 and 3 from 360 months to 180 months and on Count 4 from 480 months to 180 months.  The 120 month sentences on Counts 2, 5, and 8 remain unchanged.  All sentences of incarceration will run concurrent. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 4 November 2005 shall remain unchanged.

  **ORDERED** this 20th day of February 2008.


                  s/*L. A. Collier*
                 LACEY A. COLLIER
              Senior United States District Judge